IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

AARON NORWOOD,

    Plaintiff,

vs.                                        CASE NO. 5:04CV162-SPM/AK

MONICA WETZEL, et al,

    Defendants.

_____/

## REPORT AND RECOMMENDATION

In an order dated July 27, 2004, Plaintiff was directed to file an amended complaint on proper court forms and submit a motion for leave to proceed in forma pauperis by August 27, 2004. (Doc. 3). Plaintiff moved to dismiss, but indicated therein that he needed additional time to comply with the previous order, so his request to dismiss was denied and he was given until September 13, 2004, to comply. (Doc. 5). On October 14, 2004, an Order to Show Cause was entered which specifically warned that a recommendation would be made that this case be dismissed if there was a failure to comply with that order. (Doc. 6). To date, Plaintiff has failed to comply with that order or otherwise communicate with the Court regarding his lawsuit.

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute.  <u>Link v. Wabash Railroad</u>, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962).  Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for failure to obey a court order.  Plaintiff has failed to comply with an order of this Court or otherwise communicate with the Court about the prosecution of this lawsuit.  Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice.

**IN CHAMBERS** at Gainesville, Florida, this __16th__ day of June, 2005.

        **s/ A. KORNBLUM**
        **ALLAN KORNBLUM**
        **UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

No. 5:04cv162-SPM/AK