IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

AARON NORWOOD,

    Plaintiff,

vs.                                                    5:04-CV-162-SPM/AK

MONICA WETZEL, *et al.*,

    Defendants.

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
AND DISMISSING CASE**

**THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 7) dated June 17, 2005.  The parties have been furnished a copy and have been afforded an opportunity to file objections.  No objections have been filed.

Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.     The magistrate judge's report and recommendation (doc. 7) is adopted and incorporated by reference in this order.

2.     This case is hereby *dismissed* without prejudice.

**DONE AND ORDERED** this twenty-sixth day of July, 2005.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge

/pao